## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 23-CR-345-TJK |
| : | |
| **AARON CHRISTOPHER DAVIS,** : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Amy E. Larson hereby provides the following attachment: Discovery Production Letter No. 5 dated January 17, 2024.

        Respectfully submitted,

        MATTHEW GRAVES
        ACTING UNITED STATES ATTORNEY
        D.C. 481052

        _/s// Amy E. Larson_
        AMY E. LARSON
        ASSISTANT UNITED STATES ATTORNEY
        601 D Street, NW
        Washington, DC 20530
        Phone: (202) 252-7863
        Email: Amy.Larson2@usdoj.gov