

U.S. Department of Justice
Matthew Graves
Acting United States Attorney
*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

January 17, 2024

**VIA USAFX**

Elizabeth Mullin, Esq.
625 Indiana Ave NW
Washington, D.C. 20004
T: (202) 208-7500
elizabeth_mullin@fd.org

      Re:    Discovery Production Letter No. 5
                 *United States v. Aaron Christopher Davis,* 23-CR-345-TJK

Dear Counsel:

I am writing to memorialize the production of the following material in discovery:

**On USAFX:**

Production No. 5:

10_Report Packet - 19138982 Case Note 16_ Case Disposition.pdf
10_Report Packet - 22015752 Case Note 5_ T-Mobile Subscriber information.pdf
11_Report Packet - 19138982 Offense_Incident_ Material Involving Sexual Exploitation Of Minors _ US_Redacted.pdf
11_Report Packet - 22015752 Case Note 7_ Non-custodial Interview with the suspect_Redacted.pdf
12_Report Packet - 19138982 Case Note 5_ T-Mobile _202-840-5372__Redacted.pdf
12_Report Packet - 22015752 Case Note 4_ FBI assistance.pdf
13_Cover Sheet - 19138982 Offense_Incident_ Material Involving Sexual Exploitation Of Minors _ USC _Redacted.pdf
13_Report Packet - 22015752 Offense_Incident_ Sexual Performance Using Minor _rape_ _ DCC 22DC3101-_Redacted.pdf
14_Public Packet - 19138982 Offense_Incident_ Material Involving Sexual Exploitation Of Minors _ US_Redacted.pdf

14_Report Packet - 22015752 Case Note 1_ NCMEC report.pdf
15_Report Packet - 19138982 Case Note 17_ Case Review.pdf
15_Report Packet - 22015752 Case Note 8_ Forensic data extraction of S-1 Android cellular device.pdf
16_Report Packet - 19138982 Case Note 9_ Case Summary.pdf
16_Report Packet - 22015752 Case Note 9_ Review of forensic data extraction of S-1_s Android cellul.pdf
17_Report Packet - 19138982 Case Note 15_ ACE Diversion_Redacted.pdf
17_Report Packet - 22015752 Case Note 13_ Evidence review with OAG and PDS.pdf
18_Report Packet - 19138982 Case Note 3_ Google __Redacted.pdf
18_Report Packet - 22015752 Case Note 10_ S-1_s Android cellular device_Redacted.pdf
19_Report Packet - 19138982 Case Note 8_ Internet Protocol _IP_ Address_Redacted.pdf
19_Report Packet - 22015752 Case Note 11_ Custody Order submitted to OAG.pdf
1_Case Jacket - Case _ 19138982_Redacted.pdf
1_Case Jacket - Case _ 22015752_Redacted.pdf
20_ Gerstein OAG - 22015752 Arrest_ _JU2222141_ _Redacted.pdf
20_Report Packet - 19138982 Case Note 13_ Affidavit Review.pdf
21_Report Packet - 19138982 Case Note FAMC2019-001050_ Northern Virginia _ DC Internet Crimes Again.pdf
21_Report Packet - 22015752 Case Note 12_ Forensic review of cellular device.pdf
22 report packet.pdf
22_Report Packet - 22015752 AFIS Local Livescan Response_ 22015752-1_Redacted.pdf
23_Report Packet - 19138982 Case Note 12_ _Interview _ Contacts__Redacted.pdf
2_Cover Sheet - 22015752 Offense_Incident_ Sexual Performance Using Minor _rape_ _ DCC 22DC3101-03_Redacted.pdf
2_Report Packet - 19138982 Case Note 10___Redacted.pdf
305I-WF-3805211-SBP_0000013.pdf
305I-WF-3805211-SBP_0000013_1A0000011_0000003.zip
305I-WF-3805211-SBP_0000014.pdf
305I-WF-3805211-SBP_0000014_1A0000012_0000002.zip
305I-WF-3805211-SBP_0000015.pdf
305I-WF-3805211_0000059_Redacted.pdf
305I-WF-3805211_0000060.pdf
305I-WF-3805211_0000061.pdf
305I-WF-3805211_0000061_1A0000026_0000001.pdf
305I-WF-3805211_0000062.pdf
305I-WF-3805211_0000062_1A0000027_0000001.pdf
305I-WF-3805211_0000063.pdf
305I-WF-3805211_0000063_1A0000028_0000001.pdf
305I-WF-3805211_0000064.pdf
305I-WF-3805211_0000064_1A0000029_0000001.pdf
305I-WF-3805211_0000065.pdf
305I-WF-3805211_0000065_1A0000030_0000001.pdf
305I-WF-3805211_0000067_1A0000031_0000001_PHYSICAL_Redacted.pdf
305I-WF-3805211_0000067_1A0000032_0000001_PHYSICAL_Redacted.pdf
3_Report Packet - 19138982 Case Note 14_ Custody Order_Redacted.pdf

3_Report Packet - 22015752 Case Note 3_ Subpoena_s_Redacted.pdf
4_Public Packet - 22015752 Offense_Incident_ Sexual Performance Using Minor _rape_ _ DCC 22DC3101-_Redacted.pdf
4_Report Packet - 19138982 Case Note 6_ Federal Bureau of Investigation _FBI__Redacted.pdf
5_Report Packet - 19138982 Case Note 2_ National Center for Missing and Exploited Children _NCMEC_.pdf
5_Report Packet - 22015752 Case Note 2_ Allegation reported to NCMEC.pdf
6_Gerstein USAO - 22015752 Arrest_ _JU2222141_Redacted.pdf
6_Report Packet - 19138982 Case Note 7_ Dropbox.pdf
7_Report Packet - 19138982 Case Note 18_ Case Review _ Closure.pdf
7_Report Packet - 22015752 Case Review _1_ SGT Case Review.pdf
8_Report Packet - 19138982 Case Note 19_ Migrated Case Names_Redacted.pdf
8_Report Packet - 22015752 Case Note 6_ Gmail Subscriber information.pdf
9_Report Packet - 19138982 Case Note 11__ Contacts__Redacted.pdf
9_Report Packet - 22015752 Arrest_ _JU2222141_Redacted.pdf
Forensic Interview 302_Redacted.pdf

  I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you. The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

  Furthermore, the government is in possession of images and videos depicting the sexual abuse of children that were found on digital devices belonging to your client. Pursuant to 18 U.S.C. Section 3509, these materials must remain in the custody and control of the United States. If you would like to review these materials, please contact my office to arrange a mutually agreeable time to do so.

  Should you have any questions about these materials, please do not hesitate to contact me.

            Sincerely,

            */s/ Amy Larson*
            Amy Larson
            Assistant United States Attorney
            Phone: (202) 252-7863
            Email: Amy.Larson2@usdoj.gov