# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. **23-CR-345 (TJK)** |
| | : | |
| **AARON CHRISTOPHER DAVIS,** | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Karen Shinskie hereby provides the following attachment: Discovery Letter for Production 7 dated March 4, 2024.

    Respectfully submitted,

    MATTHEW GRAVES
    ACTING UNITED STATES ATTORNEY

    /s/ *Karen Shinskie*
    KAREN SHINSKIE
    ASSISTANT UNITED STATES
    ATTORNEY
    601 D Street, NW
    Washington, DC 20530



U.S. Department of Justice
Matthew Graves
Acting United States Attorney
*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

March 4, 2024

**VIA Email**

Elizabeth Mullin, Esq.
elizabeth_mullin@fd.org

   Re: Discovery Production Letter No. 7
     <u>*United States v. Aaron Christopher Davis,* 23-CR-345-TJK</u>

Dear Counsel:

  I am writing to inform you that on February 14, 2024, Minor Victim 2 ("MV-2") participated in a Child and Adolescent Forensic Interview ("CAFI") conducted by an FBI employee.  During that interview, MV-2 was asked if he recognized the name "Aaron" and MV-2 indicated that he did not recognize the name.  In addition, MV-2 was shown a photo of your client, and MV-2 indicated that he did not know him.  MV-2 was shown images of himself, which were found on your client's electronic devices.  MV-2 identified himself in these images and told the interviewer that MV-2 had sex with the person who took these images of him.  MV-2 further stated that the images were taken while MV-2 and the other person were having sex in MV-2's living room.  If you would like to schedule a time to view the video recording of the CAFI done for MV-2, please contact me and I will arrange for you to view it at a time that is convenient to you.  I have also attached a copy of the FD-302 memorializing the February 14, 2024 CAFI.

  I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

  Furthermore, the government is in possession of images and videos depicting the sexual abuse of children that were found on digital devices belonging to your client.  Pursuant to 18 U.S.C. Section 3509, these materials must remain in the custody and control of the United States.  If you would like to review these materials, please contact my office to arrange a mutually agreeable time to do so.

2

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Karen L. Shinskie*

Karen L. Shinskie
Assistant United States Attorney
Phone: (202) 730-6878
Email: Karen.Shinskie@usdoj.gov

2