# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 23-CR-345-TJK** |
| **v.** : | |
| : | |
| **AARON CHRISTOPHER DAVIS,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States of America and Defendant Aaron Christopher Davis, by and through their undersigned counsel, respectfully move this Court to vacate the Status Conference scheduled for Tuesday, June 18, 2024, at 9:30 a.m., and to continue it to Monday July 22, 2024, at 2:00p.m. The parties have confirmed the availability of the proposed date with the Court's staff. The continuance is necessary because of a scheduling conflict and because the parties also require time to exchange information that could facilitate the pre-trial resolution of this case.

On May 7, 2024, the Honorable Timothy J. Kelly ordered that time be excluded under the Speedy Trial Act, with the defendant's consent, through June 18, 2024. The defendant has consented to the government's request that time be excluded under the Speedy Trial Act until July 22, 2024, at 2:00 p.m.

WHEREFORE, the parties respectfully request that this Court grant this Joint Motion, vacate the Status Conference currently scheduled for Tuesday, June 18, 2024, at 9:30 a.m. and continue the Status Conference to July 22, 2024, at 2:00 p.m., and exclude time under the Speedy Trial Act until that time.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

       DC Bar No. 481052

By: /s/ *Karen Shinskie*
   KAREN SHINSKIE
   D.C. 1023004
   Assistant United States Attorney
   601 D Street, N.W.
   Washington, D.C. 20530
   202-730-6878
   Karen.Shinskie@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 10th day of June, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

           /s/ *Karen Shinskie*
           KAREN SHINSKIE
           Assistant United States Attorney