# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 23-CR-345-TJK |
| v. : | |
| : | |
| AARON CHRISTOPHER DAVIS, : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States of America and Defendant Aaron Christopher Davis, by and through their undersigned counsel, respectfully move this Court to vacate the Status Conference scheduled for Monday, July 22, 2024, at 2 p.m., and to continue it to Monday September 30, 2024, at 2:00 p.m. The parties have confirmed the availability of the proposed date with the Court's staff. The continuance is necessary because the parties require time to exchange information that could facilitate the pre-trial resolution of this case.

The Honorable Timothy J. Kelly ordered that time be excluded under the Speedy Trial Act, with the defendant's consent, through July 22, 2024, at 2 p.m. The defendant has consented to the government's request that time be excluded under the Speedy Trial Act until September 30, 2024, at 2:00 p.m.

WHEREFORE, the parties respectfully request that this Court grant this Joint Motion, vacate the Status Conference currently scheduled for Monday, July 22, 2024, at 2:00 p.m., continue the status hearing to September 30, 2024, at 2 p.m. and exclude time under the Speedy Trial Act until that time.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

2

        DC Bar No. 481052

By:    /s/ *Karen Shinskie*
        KAREN SHINSKIE
        D.C. 1023004
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        202-730-6878
        Karen.Shinskie@usdoj.gov

## CERTIFICATE OF SERVICE

On this 16th day of July, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

 /s/ *Karen Shinskie*
KAREN SHINSKIE
Assistant United States Attorney