**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 23-CR-345-TJK** |
| **v.** : | |
| : | |
| **AARON CHRISTOPHER DAVIS,** : | |
| : | |
| **Defendant.** : | |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, by and through their undersigned counsel, respectfully moves this Court to vacate the Status Conference scheduled for Wednesday, October 23, 2024, at 3:30 p.m., and to continue it to Monday, November 25, 2024, at 2:00 p.m. The parties have confirmed the availability of the proposed date with the Court's staff. The continuance is necessary because the parties require time to exchange information that could facilitate the pre-trial resolution of this case.

The Honorable Timothy J. Kelly ordered that time be excluded under the Speedy Trial Act, with the defendant's consent, through October 23, 2024, at 3:30 p.m. The defendant has consented to the government's request that time be excluded under the Speedy Trial Act until November 25, 2024, at 2:00 p.m.

WHEREFORE, the parties respectfully request that this Court grant this Joint Motion, vacate the Status Conference currently scheduled for Wednesday, October 23, 2024, at 3:30 p.m., continue the status hearing to Monday, November 25, 2024, at 2 p.m. and exclude time under the Speedy Trial Act until that time.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

2

                DC Bar No. 481052

By:    /s/ *Karen Shinskie*
       KAREN SHINSKIE
       D.C. 1023004
       Assistant United States Attorney
       601 D Street, N.W.
       Washington, D.C. 20530
       202-730-6878
       Karen.Shinskie@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 21st day of October, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

    /s/ *Karen Shinskie*
KAREN SHINSKIE
Assistant United States Attorney