**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No: 23-CR-345-TJK** |
| **AARON CHRISTOPHER DAVIS,** | |
| **Defendant.** | |

## [PROPOSED] ORDER

Upon consideration of the government's unopposed Motion to Continue Status Conference, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Status Conference scheduled for Thursday, June 5, 2025, at 10:00 a.m., is **VACATED**. It is further

**ORDERED** that the parties shall appear for a Status Conference on September 8, 2025, at 2:00 p.m.

**SO ORDERED.**

---

Honorable Timothy J. Kelly
United States District Judge