UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 23-CR-345-TJK |
| v. | : | |
| | : | |
| AARON CHRISTOPHER DAVIS, | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through their undersigned counsel, respectfully moves this Court to vacate the Status Conference scheduled for Tuesday, December 16, at 10:30 a.m., and to continue it to Monday, March 16, 2025, at 2:30 p.m.  The parties have confirmed the availability of the proposed date with the Court's staff.  The continuance is necessary because the parties require time to exchange information that could facilitate the pre-trial resolution of this case.

The Honorable Timothy J. Kelly ordered that time be excluded under the Speedy Trial Act, with the defendant's consent, through March 16, 2025, at 2:30 p.m.  The defendant has consented to the government's request that time be excluded under the Speedy Trial Act until March 16, 2025, at 2:30 p.m.

WHEREFORE, the parties respectfully request that this Court grant this Joint Motion, vacate the Status Conference currently scheduled for Tuesday, December 16, at 10:30 a.m., continue the status hearing to Monday, March 16, 2025, at 2:30 p.m. and exclude time under the Speedy Trial Act until that time.

Respectfully submitted,

JEANINE F. PIRRO
United States Attorney

By:   /s/ *Karen Shinskie*
      KAREN SHINSKIE
      D.C. 1023004
      Assistant United States Attorney
      601 D Street, N.W.
      Washington, D.C. 20530
      202-730-6878
      Karen.Shinskie@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 9th day of December, 2025, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

                                                  /s/ *Karen Shinskie*
                                                  KAREN SHINSKIE
                                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON CHRISTOPHER DAVIS,<br><br>Defendant. | Case No: 23-CR-345-TJK |

### [PROPOSED] ORDER

Upon consideration of the parties' JOINT Motion to Continue Status Conference, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Status Conference scheduled for Tuesday, December 16, at 10:30 a.m. Tuesday, December 16, at 10:30 a.m., is **VACATED**. It is further

**ORDERED** that the parties shall appear for a Status Conference on Monday, March 16, 2025, at 2:30 p.m.

SO ORDERED.

_____
Honorable Timothy J. Kelly
United States District Judge